**Order entered March 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01419-CR

**CLARENCE WYATT HOLLAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 17-10195-422-F**

## ORDER

Before the Court is appellant's March 4, 2019 motion to substitute counsel. We **GRANT** the motion and **DIRECT** the Clerk of the Court to **REMOVE** Brandi Fernandez and **SUBSTITUTE** Randy Schaffer as counsel for appellant. All future correspondence should be sent to Randy Schaffer; 1021 Main Street; Suite 1440; Houston, Texas 77002; telephone: (713) 951-9555; facsimile: (713) 951-9854; email: noguilt@swbell.net.

/s/      BILL PEDERSEN, III
           JUSTICE